(March 6, 1987)

■ The People of the State of New York ex rel. Giles Wade, Petitioner, v Carl Berry, as Superintendent of Woodbourne Correctional Facility, et al., Respondents.—Application, pursuant to CPLR 7002 (b) (2), for writ of habeas corpus denied *(see, People ex rel. Davis v Coombe,* 97 AD2d 667). Mahoney, P. J., Mikoll, Yesawich, Jr., Levine and Harvey, JJ., concur.

■ The People of the State of New York v George A. Marshall, Defendant.—Motion pursuant to CPL 460.30 for extension of time to take appeal denied *(see, People v Kaczynski,* 119 AD2d 927). Mahoney, P. J., Kane, Casey, Weiss and Yesawich, Jr., JJ., concur.